IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>$128,915.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | Case No. 20-cv-667 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/15/2022**        MONICA A. STUMP, Clerk of Court

                                                        **s/ Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**